■ In the Matter of AMBER H., Appellant. NEW YORK STATE OFFICE OF CHILDREN AND FAMILY SERVICES, Respondent. [812

NYS2d 906]—Appeal from an order of the Family Court, Monroe County (Joan S. Kohout, J.), entered July 12, 2005 in a proceeding pursuant to Family Court Act article 3. The order extended respondent's placement with the New York State Office of Children and Family Services for a period of eight months.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Kale F.*, 269 AD2d 832 [2000]). Present—Pigott, Jr., P.J., Scudder, Kehoe, Green and Hayes, JJ.